IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

SIDNEY PATRICK MARTIN,      )
      Plaintiff,         )          Civil Action No. 7:19-cv-00577
                   )
v.                 )
                   )          By: Elizabeth K. Dillon
MS. RAINEY, *et al.*,      )             United States District Judge
      Defendants.     )

**MEMORANDUM OPINION**

This action was brought by plaintiff Sidney Patrick Martin, a Virginia inmate proceeding *pro se*, pursuant to 42 U.S.C. § 1983. By order entered January 28, 2020, the court directed Martin to file an amended complaint, complying with certain requirements, within 14 days. (Dkt. No. 9.) In the same paragraph of the order directing the filing of the amended complaint, the court notified Martin that his "**[F]AILURE TO FILE THE REQUESTED INFORMATION WITHIN FOURTEEN DAYS AFTER ENTRY OF THIS ORDER MAY RESULT IN THE DISMISSAL OF HIS COMPLAINT.**" (*Id.* at 2 (emphasis in original).) The order was sent to the address on file for him and has not been returned.

The deadline for filing the amended complaint has passed, and Martin has not filed anything in response to the court's order. Because Martin has failed to comply with the court's order within the time allotted, the court will dismiss his complaint without prejudice.

An appropriate order will be entered.

Entered: February 19, 2020.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge